Kurt WASHINGTON, Petitioner–Appellant,

v.

James A. YATES, Respondent–Appellee.

No. 09–16541.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed June 9, 2011.

*See* Fed. R.App. P. 34(a)(2).

Kurt Washington, Coalinga, CA, pro se.

Krista Leigh Pollard, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

California state prisoner Kurt Washington appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition challenging the loss of work-time credits following a prison disciplinary proceeding. We dismiss.

Washington contends that the 30–day loss of work-time credits assessed following his prison disciplinary conviction violated his constitutional rights. After briefing was completed in this case, this court held that a certificate of appealability is required to challenge an administrative decision. *See Hayward v. Marshall*, 603 F.3d 546, 554–55 (9th Cir.2010) (en banc). Be-

cause Washington has not has made a substantial showing of the denial of a constitutional right, we decline to certify his claims. *See* 28 U.S.C. § 2253(c).

All pending motions are denied as moot.

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).